UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:19-cv-04132-DSF-JC        Date July 11, 2022

Title: Anita Trejo v. Lyneer Staffing Solutions, LLC et al

Present: The Honorable Dale S. Fischer, United States District Judge

| V.R. Vallery for Renee Fischer | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                              Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated June 13, 2022.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Make JS-6.

☐ Entered _____.

Initials of Preparer   vrv